FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL 21 AM 10: 54

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DARREN BERNARD KITCHENS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CV 319-039<br>) |
| ANDREW M. SAUL, Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter final judgment in favor of the Commissioner.

SO ORDERED this 21st day of July, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE